FILED

2025 Jul-16  AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

**CESAR ARIEL PAZ,**
    Petitioner,

**v.**

                                       **Case No. 1:25-cv-03-CLM-GMB**

**B. WALKER, Warden**
**(FCI Talladega),**
    Respondent.

## MEMORANDUM OPINION

The magistrate judge has entered a Report and Recommendation (Doc. 16), recommending that the court dismiss with prejudice Petitioner Cesar Ariel Paz's petition for a writ of habeas corpus (Doc. 1). Paz hasn't filed any objections.

After considering the record and the magistrate judge's report and recommendation, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Paz's petition for writ of habeas corpus with prejudice.

The court will enter a separate final judgment that closes this case.

**Done** on July 16, 2025.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE